# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-56968 | | | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|---|---|
| Case Name: | BURR, GREGORY WILLIAM | | | Date Filed (f) or Converted (c): | 10/01/2014 (f) |
| For the Period Ending: | 12/8/2014 | | | §341(a) Meeting Date: | 11/26/2014 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Commercial real estate located at 315 Main Street, Dresden, Ohio Subject to: 1st Mtg - Huntington National Bank ($138,000) 2nd Mtg - Century National Bank ($50,900) Real Estate Tax Lien ($9,500) JUDGMENT LIENS: Ohio Department of Taxation ($27,000) Century National Bank ($150,000) Huntington National Bank ($82,000) Huntington National Bank ($51,000) Curbell Plastics ($9,400) Ohio Dept of Tax ($535,500) Ohio Dept of Tax ($250) Ohio Dept of Tax ($108,000) Ohio Dept of Tax ($264,500) E&T Plastic Manu ($12,000) Huntington National Bank ($51,000) Community Bank ($39,000) Community Bank ($87,000) TO BE SURRENDERED | $95,500.00 | $0.00 | | $0.00 | FA |
| 2  Cash in Debtor's possession | $50.00 | $0.00 | | $0.00 | FA |
| 3  Chase Bank Checking Account (overdrawn) | $0.00 | $0.00 | | $0.00 | FA |
| 4  Household goods and furnishings in Debtor's possession - no one item worth more than $575 | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  Personal clothing in Debtor's possession | $500.00 | $0.00 | | $0.00 | FA |
| 6  1996 Chevrolet Blazer Poor condition; 189,000 miles | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** Amended Schedule C removes exemption from this asset | | | | | |
| 7  2004 Lexus GX7 | $9,927.00 | $5,027.00 | | $0.00 | $9,927.00 |
| **Asset Notes:** Debtor amended his Schedules B & C to add this asset and apply exemptions. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Assets**

| | $107,477.00 | $5,527.00 | | $0.00 | $9,927.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 14-56968 | | Trustee Name: | Brent A. Stubbins |
| Case Name: | BURR, GREGORY WILLIAM | | Date Filed (f) or Converted (c): | 10/01/2014 (f) |
| For the Period Ending: | 12/8/2014 | | §341(a) Meeting Date: | 11/26/2014 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  10/01/2015     Current Projected Date Of Final Report (TFR):

/s/ BRENT A. STUBBINS

BRENT A. STUBBINS